# Exhibit 1

# TOWN OF BABYLON – BUILDING PERMIT APPLICATION

Department of Planning & Development – Building Division
200 East Sunrise Highway, Lindenhurst, NY 11757
Phone No. (631) 957-3058    Fax No. (631) 957-3115

**Building Permit #**

## COMPLETE AREAS BELOW – FORM MUST BE SIGNED AND NOTARIZED

**Property Address:** 786 Grand Blvd.
**Hamlet:** Deerpark
**Zip Code:** 11729

**Proposed Work:** proposed interior alterations; change of use; change of tenant. Erect 2100 sf interior Alteration for tenant "Cupids Boutique"

**Property Owner's Name:** 786 Associates, Inc. John Watral (Pres.)
**Mailing Address:** 45 South 4th St, Bayshore, NY 11706
**Daytime No.:** 516.574.3611
**Emergency No.:** 516.574.3611

**Business Owner's Name:** Nicole Vegara, Cupids Boutique
**Mailing Address:** 167 National Blvd., Long Beach, NY 11561
**Daytime No.:** 516.574.3611
**Emergency No.:** 631.667.4777

**Applicant's Name:** Kelly Bennett
**Mailing Address:** 1257 Udall Rd., Bayshore, NY 11706
**Daytime No.:** 631.888.7318
**Emergency No.:** 518.354.2689

**Contractor's Name:**
**Mailing Address and License Number:**
**Business No.:**
**Emergency No.:** 631.521.5712

The owner of the property and the undersigned agree to Conform to all applicable laws of the Town of Babylon

**Signature:** [signed]
**Print Name:** Kelly Bennett
**Relationship:** agent for owner

MARLENY E. NEWTON
Notary Public, State of New York
No. 01NE6158792
Qualified in Suffolk County
Commission Expires 01-22-2023

Sworn to before me this 5 day of April, 2021
[Notary signature]
**Notary Public**

*If signed by other than the property owner, a fully executed Owner's Endorsement must be completed – see back*

### DO NOT WRITE BELOW – FOR OFFICE USE ONLY

**SCTM #0100-** 67-1-10.020
**TB #** | **Res. #** | **Date**

**Physical Location:** s/s of Grand Bl. 272.70 W/o Brandywine Rd.

**PTS Appl. #** 137260 | **S.D. #** | **Zone(s):** G | **ZBA #** | **PB #** | **Res. #** | **Date**

| Application Rec'd | Permit Denied | Pre-Site Inspection | Plans Examined | Permit Issued |
|---|---|---|---|---|
| Date 4/8/21 By VP | Date 6/16/21 By | Date By | Date By | Date By |

### PERMIT FEES

| Construction/Asbestos Removal Cost | Appl. Fee | Permit Fee | CO/LOC Fee | TOTAL FEE | Appl. Fee |
|---|---|---|---|---|---|
| 126000 | 50.— Receipt # 2034 Date 4/8/21 By VP | 739 | 20 | 759 | Receipt # Date By |

### REQUIREMENTS

- ☐ Asbestos Certificate
- ☒ Plumbing Permit
- ☒ Fire Underwriter's Certificate
- ☐ Site Work
- ☐ Final Survey
- ☐ One Call Center Notification
- ☒ Workers' Comp/Disability Insurance
- ☐ No Clearing of Land
- ☐ Tree Mark Out Required Prior to Land Clearing
- ☐ Street Trees Required
- ☐ Roof Drains Connected To Dry Wells
- ☐ Construction Activity Agreement
- ☐ Energy Star Conditions
- ☐ C & R's
- ☐ Elevation Certificate
- ☐ Fire Marshall Report

## Property Owners Endorsement

(to be completed if the person applying for this permit **is not** the property owner)

State of New York

County of Suffolk

786 Associates, Inc _____, being duly sworn, deposes and says that (s)he resides at 45 South 4th Street Bay Shore, NY 11706 the County of Suffolk, and the State of New York, and that (s)he is the (owner in fee) or ( President ) of the 786 Associates, Inc Corporation, which is the owner in fee) of the premises described in the foregoing application to the Department of Planning and Development for a building permit and that (s)he has authorized Kelly Bennett to make the foregoing application.

(Corporate Seal)

Sworn to before me this 11th day of March, 2021

Notary Public
Barbara M Fischer

x _____ John Watral President
Owner, Partner, Corporate Office, of Other (state title)

BARBARA M FISCHER
Notary Public, State of New York
No. 01FI6069190
Qualified in Suffolk County
03-20-22

If necessary, please attach additional Property Owner's Endorsement Forms