# Exhibit 2

LAW OFFICES
# DONOHUE, KRETZ & GARABRANT
692 South Wellwood Avenue
Lindenhurst, New York 11757

JOHN J. DONOHUE 1916-1987
STEPHEN W. KRETZ
MARK R. GARABRANT

Telephone: (631) 957-2000
Facsimile: (631) 957-3443
dkg@dkgesq.com

June 8, 2021

Jerry Guarino, Esq.
Town Attorney
Town of Babylon
200 East Sunrise Highway
Lindenhurst, NY 11757

Re: Bella 77 Corp./ Cupids Boutique with Town of Babylon
Application #137260
Premises: 786 Grand Blvd, Deer Park, NY 11704
SCTM: 0100-67-1-10.20

Dear Mr. Guarino:

This letter is to confirm that the new location of the above-listed shop, Cupids Boutique, owned and operated by Bella 77 Corp by Nicole Vergara, will be strictly for retail use as a lingerie/clothing store (like Victoria's Secret) including menswear, wigs, and shoes, with CVS-type products for beauty, health and wellness, scented candles, and lotions. No products deemed to be adult-use toys or any items prohibited by Town code shall be sold or stored.

Thank you for your kind attention and courtesies.

Very truly yours,

Stephen W. Kretz, Esq.

Cc: Joe Wilson, Esq., Town Attorney
Rachel Scelfo, Planning Commissioner

SWK/jw