# Exhibit 3

# DENIAL OF COMMERCIAL-INDUSTRIAL-MULTIPLE RESIDENCE
## BUILDING PERMIT APPLICATION

Appl. # 137260   Job # _____   Parcel # _____   Zone  C

Applicant/Owner  Cupid's Boutique / 786 Assoc. Inc   Plan dated _____

Property location  S/S of Grand Bl. 272.70 W/o Brandywine Rd

SCTM #  67-1-10-020

Proposed work  Interior Alteration for Adult Use

Denied by  (B)   Date of Denial  6/16/21

THE ABOVE REFERENCED BUILDING PERMIT APPLICATION IS DENIED. IT DOES NOT MEET THE TOWN OF BABYLON CODE REQUIREMENTS SHOWN BELOW. YOU HAVE THE RIGHT TO APPLY TO THE ZONING BOARD OF APPEALS FOR VARIANCES AND/OR PERMISSIVE USES. THE REASONS FOR DENIAL ARE AS FOLLOWS:

| TYPE OF VARIANCE AND/OR PERMISSIVE USE | SECTION 213- | CODE REQUIREMENTS | PROPOSED OR TO MAINTAIN |
|---|---|---|---|
| Use(s) | | | |
| Bldg. Height | | | |
| Bldg. Area | | | |
| Lot Area | | | |
| Front Yard | | | |
| Side Yard(s) | | | |
| Rear Yard | | | |
| Off Street Parking | | | |
| Landscaping | | | |
| Buffer Strip(s) | | | |
| Outdoor Storage/Display | | | |
| Street Frontage | | | |
| Accessory Structure(s) | | | |
| Sign(s) | | | |
| Number of Buildings | | | |
| Encroachment(s) | | | |
| Location of Adult Use | 318D | 1000' - From School | 520' From School |
| | 319B | 1000' From Res. Zone | 435' From M.R Zone |
| | | | |
| | | | |

COMMENTS: All in conn w/ a portion of an existing building

\bpdenied.fm (10/96)