# Exhibit 4

**From:** Rachel Scelfo [mailto:rscelfo@townofbabylon.com]
**Sent:** Tuesday, July 13, 2021 3:22 PM
**To:** dkg <dkg@dkgesq.com>; Kelly Bennett <kbennett@jamds.com>; Joshua Meyer <jmeyer@jamds.com>
**Cc:** Liz White <lwhite@townofbabylon.com>; Brian Bischof <bbischof@townofbabylon.com>; Pamela Greene <pgreene@townofbabylon.com>; Jerry Guarino <jcguarino@townofbabylon.com>; Kate Shreve <kshreve@townofbabylon.com>; Denise Graziano <dgraziano@townofbabylon.com>
**Subject:** Nicole Vergara/Cupid's - follow up

Mr. Kretz, Ms. Bennett, Mr. Meyer – I am writing in response to your inquiries on the Cupid's building permit application.

If your client intends to move forward with a retail clothing/lingerie store, we ask for the following information to supplement her building permit application, for the sake of clarity:

1 – Plans should be amended to clearly reflect that this is a store for retail sales of clothing and lingerie, only.

2 – Application should include an Affidavit from your client stating that the premises will not be used as an "adult use," as defined in the Town of Babylon Town Code and that she does not intend to sell adult toys or novelties on the premises.

3 -- Kindly provide a list of the items that she intends to sell (her inventory list), and annex same to her Affidavit.

4 – Last, the Affidavit should note that the applicant is willing to forego her CO should the Chief Building Inspector, upon inspection, determine that she is conducting an "adult use" – as such use is defined in the Town of Babylon Town Code.

Your client has operated an adult use within the Town in a nearby location up until a six weeks ago, when the business was shut down by the Town for operating without permits and CO for the use. The present building permit application for the new location was initially represented to me as retail sales, including lingerie and "some novelties," – or, that the adult use items would be sold from the rear of the site (back of site) by either mail order or by internet sales.
Accordingly, it was not clear that this new retail use by Ms. Vergara was a retail clothing/lingerie store only, as she has now represented it to be.

Should you have any questions regarding the above, please give me a call.
Thank you.


*Rachel A. Scelfo*
Planning Commissioner
Town of Babylon
Office 631.957.3013

NOTICE: This e-mail and any attached document(s) are intended only for the use of the individual or entity to whom or to which it is addressed and may contain information that is privileged, confidential, proprietary, trade secret and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and discard the original message and any attachment(s).