# Exhibit 5

Nicole Vergara

786 Grand Blvd.

Deer Park, NY 11729

Town of Babylon

Department of Building & Planning

200 E Sunrise Hwy

Lindenhurst, NY 11757

July 29, 2021

To Whom It May Concern:

I, Nicole Vergara, being duly sworn, depose and say that the intention for the above-referenced premises will be used for retail sales and am seeking review and approval of a building permit for retail use.

As per Town of Babylon Town Code, I do not intend to sell items related to "adult use". I am willing to forego my Certificate of Occupancy should I be found to be in violation of the Town Code relating to "adult use" products.

Respectfully,

Nicole Vergara

Sworn to before me this 3rd

day of August, 2021

Notary Public

SUSAN JEAN COE
Notary Public – State of Florida
Commission # GG 184338
My Comm. Expires Jun 6, 2022
Bonded through National Notary Assn.