# Exhibit 6

Nicole Vergara
786 Grand Blvd Corp
786 Grand Blvd
Deer Park, NY 11729

August 3, 2021

Town of Babylon
Department of Planning
200 E. Sunrise Hwy
Lindenhurst, NY 11757

To whom it may concern:

I am writing to address the hardships that closing my store, formerly known as "Cupid's", has caused both myself and my employees.

I was forced to leave my prior location when the building was sold. I was basically shut down in a weekend. I had to move all of my inventory and inform my employees that they would not have any work. I had four employees.

I was in the location for 12 years. These 12 years were not easy as I was consistently under scrutiny and pressure from the Town. I was legally trying to maintain my business and avoid controversy.

I have been trying to follow the legal rules of conducting my business. Now I am trying to open as a retail store selling lingerie and other items that can easily be bought in a local "CVS". My store will be very much the same as a "Victoria's Secret" store. I urge the Town to provide a fair and reasonable review and approval of my new proposal.

I am being put under financial hardship every day I am forced to remain closed. I have been the sole support of my daughter for several years and this hardship is devastating. My employees and myself have had no choice but to claim unemployment. By keeping my store closed, we are not able to contribute to the state, and instead we are forced to receive payments.

This has been emotionally very trying. I was just beginning to recover from the difficulties of the pandemic when I was also forced to be closed. I just want to be able to open my store in a legal and lawful manner and try to recover both emotionally and financially.

Please avoid making unfair assumptions about the products which I am trying to sell. I have already removed and returned inventory which fell under the Town's adult use code. This had

to be returned at a significant loss. I would like to open my lingerie store and be able to support myself and my daughter. These assumptions are hindering me from opening a legitimate business.

I am willing to sign and notarize any and all of the affidavits which Commissioner Scelfo has sent me via email. Please consider my request and thank you in advance.

As requested, I have attached a Retail Inventory List. I will continue to clarify and correct this list.

Sincerely,

*Nicole Vergara*
Nicole Vergara

SUSAN JEAN COE
Notary Public – State of Florida
Commission # GG 184338
My Comm. Expires Jun 6, 2022
Bonded through National Notary Assn.

*Susan Jean Coe*

# Retail Inventory List - 786 Grand Bld. Deer Park, NY 11729

| Retail Vendor List | Item List |
|---|---|
| | **Menswear (Undergarments)** |
| Andrew Christian | |
| Gregg Homme | |
| Magic Silk | |
| | **Body Shapers (Corsets and Waist Trainers)** |
| Coquette | |
| Elegant Moments | |
| Alex Roosevelt Fieldmall (Sasha) | |
| | **Wigs** |
| Ali Express | |
| Paula Young | |
| | **Pajamas/Sleepwear (Plus Size)** |
| Mapale | |
| Leg Ave. | |
| Elegant Moments | |
| | **Hosiery (Plus Size)** |
| Dreamgirl | |
| Elegant Moments | |
| Curve | |
| | **Panties (Plus Size)** |
| Dreamgirl | |
| | **Plus Size Lingerie** |
| Dreamgirl | |
| Curve | |
| G-Word | |
| | **Swimwear & Cover-ups** |
| Elegant Moments | |
| Oh So Hot | |
| | **Club wear/Dancewear** |
| Hot Girl | |
| Brazilian Swimwear | |
| | **Bags** |
| Minor Creations | |
| | **Shoes** |
| Ellie | |
| Pleaser | |
| | **Hosiery (One Size)** |
| X-Gen | |
| Elegant Moments | |
| Dreamgirl | |
| | **Lingerie (One Size & Small)** |
| G-Word | |
| Leg Ave. | |

| Vendor | | Category |
|---|---|---|
| Allure | | |
| Elegant Moments | | |
| Dreamgirl | | |
| Cosette | | |
| Mapale | | |
| | | Garters |
| Minor Creations | | |
| Dreamgirl | | |
| G-Word | | |
| | | Robes |
| Elegant Moments | | |
| Ali Express | | |
| Escante | | |
| | | Nightgowns |
| Mapale | | |
| | | Incense and holders |
| Wild Berry | | |
| | | Candles |
| Earthy Body (East Coast News) | | |
| | | Skincare |
| Sensuva/Coachy/Jo | | |
| ECN/Williams | | |
| | | Bachelorette & Bridal Shower Party Items & Gifts |
| East Coast News | | |
| El Dorado | | |
| | | Costume Jewelry |
| Ali Express | | |
| Amy's Creations | | |
| | | Moisturizers & Massage Oils |
| System Jo | | |
| Earthy Body | | |
| Sensuva | | |
| Swiss Navy | | |
| ECN | | |
| Williams Trading | | |
| | | Health & Wellness (Male & Female Supplements) |
| Udan | | |
| El Dorado | | |
| | | Streetwear Clothing (TBD) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |