# Exhibit 7

```
*           ..  ..   ..  B A B Y L O N         *
* PD           R E C E I P T          PDVP *
* RECEIPT#:2021 0005188 DATE:080521 TIME:1315 *
*   50.00 PAID      0.00 CHANGE    50.00 TOTAL*
              AUGUST  5, 2021

  1 APPLICATION FEE -COM              50.00




     50.00   CHECK 1598       SUBTOTAL   50.00
       .00   CASH             TAX          .00
       .00   CHANGE           TOTAL      50.00

 PD    PDVP PD BY: BELLA 77 67-1-10.020/138586
 ************* E N D   R E C E I P T *************
 OK - UPDATED
 PF10=Apply payments,  11=Totals (close drawer),   12=Menu
```



786 Grand Blvd. Deer Park

# TOWN OF BABYLON – BUILDING DIVISION

DATE: 8/5/21  APPLICATION #: 138586  SCTM # 0100- 67 - 1 - 10.020

When an inquiry is made regarding this application, please refer to your application number above. Please direct all inquiries to (631) 957-3159 or 957-3058.

## AFTER SUBMITTING YOUR COMPLETE APPLICATION....

1. We review your documents and schedule a pre-site inspection if needed.
2. If all required plans and documents are in order, a Building Permit will be issued.
3. We then call you when your new Building Permit is ready to be picked up. An additional fee will be required at that time. Exact cash, check or money-order.... made payable to the Town of Babylon.... are the only types of payment accepted.
4. After you pick up your Building Permit, you may schedule your required inspections. CALL: (631) 957-7484 to schedule residential building inspections. Please have your application number or building permit number available.
5. A Certificate of Occupancy (CO) or Letter of Compliance is issued after all required inspections have been passed and all other requirements have been satisfied.

**A BUILDING PERMIT does NOT make your structure LEGAL!**
**A STRUCTURE IS ONLY LEGAL WHEN A CO OR A LETTER OF COMPLIANCE IS ISSUED**