**Exhibit 9**

Comm

**TOWN OF BABYLON — INSPECTION REQUEST**
200 East Sunrise Highway, Lindenhurst, NY 11757-2598
**Residential:** (631) 957-3058/7464   **Commercial:** (631) 957-3108/3065   **Plumbing:** (631) 957-7423/3021

Date of Inspection: _More 9/20/2021_   Type: ☒ BUILDING   ☐ PLUMBING

SCTM Number: 67-1-10.020
Property Address: 756 Grand Bl, Deer Park
Appl. No./Building Permit No./Plumbing Permit No.: 2021-978
Contact Person: Nicole   Phone: 516-574-3611

**INSPECTION TYPE:**   ☐ Foundation  ☐ Insulation
☐ Pre-Site  ☐ Excavation  ☐ Strapping  ☐ Final  ☐ Plumbing - U/G  ☐ Plumbing - Final
☐ Interior  ☐ Footing  ☐ Rough Encl.  ☐ On-Site  ☐ Plumbing - Rough  ☐ Mercury Test

Inspector's Report: FINAL OK  TB

OBTAIN Fire Uosermity Cert
TB

Inspector's Signature _____   Date _____

Check, if applicable   ☐ No Entry   ☐ Previously cited items not corrected   ☐ Re-Inspection Fee Required
$50 - residential, $100 - all others

TIM - 631-433-9019