# Exhibit 10

# Electrical Inspectors, Inc.

**NYBFU**
New York Board of Fire Underwriters
300 East Meadow Avenue
East Meadow, NY 11554
Office: (516) 794-0400  (631) 650-0200
Website: www.eiiny.com

**2021-1107556**
Babylon, Town of
*Inspector:* 125
*Issue Date:* 10/1/2021



**Mail To:**
Triple I Electric
Eugene Iovine
1576 Front Street
East Meadow NY 11554
License #  Eugene Iovine 40508-ME

**Property Address:**
Nicole Vegara
Bella 77 Corp. DBA Cupid's
786 Grand Boulevard
Deer Park NY 11729

## *ELECTRICAL APPROVAL CERTIFICATE*

Section:            Block:            Lot:            Permit:

AREAS LISTED BELOW ARE APPROVED BY Inspection
AND FOUND TO BE IN COMPLIANCE WITH THE BUILDING CODE OF NYS
AND CURRENT PROMULGATED NEC

*No visual defects were found for the electrical inspection provided. No obvious unsatisfactory conditions were found in the areas herein below only.*

Commercial Walls Closed Inspection  Final Approved 9/30/2021

First Floor: Retail Area 1,
8 LED High Bay, 2 Ceiling Fans, Replaced 27 Outlets To Decora, Replaced 9 Switches.*

This electrical inspection and certificate does not take into account any FEMA, NYS and local flood elevation requirements. It is the responsibility of the property owner to determine if flood elevation requirements apply. NYBFU and EII are not responsible for any Flood Elevation requirements. Therefore this electrical certificate is only for compliance of NYS Electrical and NEC Codes.

**Richard M. Bivone**
President

**Philip F. Goehring, Jr.**
Chief Electrical Inspector

This document features a tamper proof Quick Response code which contains the encrypted original data submitted when certificate was issued.

1. ELECTRICAL INSPECTORS, INC. is not responsible for the existing conditions located at the subject premises.

2. ELECTRICAL INSPECTORS, INC. is not responsible for corrections, upgrading or replacement of existing electrical violations at the subject premises. Any corrective work shall be solely the responsibility of the property owner. **ELECTRICAL INSPECTORS, INC. DOES NOT WARRANTY OR UNDERWRITE THE ELECTRICAL CONDITIONS AT THE PREMISES.**

3. ELECTRICAL INSPECTORS, INC. only recognizes the National Electric Code, the Building Codes of New York State all volumes and Local Municipal Codes, as Authorized by The Department of State Codes Division, via Village, Town or City Board Resolution.

4. **AN ELECTRICAL SURVEY** consists of a visual examination of the premises ONLY: Electrical Inspectors Inc. will comply with the requirements of NFPA 73, latest edition Chapter 1, Section 1-1, 1-2. If violations exist, a Notice of Violation (NOV) will be issued requiring corrections by a licensed electrical contractor. After the violation has been corrected, a re-inspection will be conducted and if approved a certificate shall be issued.

5. **AN ELECTRICAL CLOSED WALL INSPECTION** consists of a visual examination of the area requested ONLY: Electrical Inspectors Inc. will comply with the requirements of NFPA 73, latest edition Chapter 1, Section 1-1, 1-2. If violations exist, a Notice of Violation (NOV) will be issued requiring corrections by a licensed electrical contractor. After the violation has been corrected, a re-inspection will be conducted and if approved a certificate shall be issued.

6. **A SURVEY CERTIFICATE** does not examine the actual wiring or devices unless all walls are opened and wires and devices are exposed prior to the survey being conducted.

7. **A CERTIFICATE** is non-transferable.

8. **AN ELECTRICAL INSPECTION** consists of an examination of wiring and installations during the rough stages of construction. After completion of the construction a final inspection will be conducted at which time a certificate will be issued provided no violation exists. In the event an inspection is not requested during the rough stages of construction **ELECTRICAL INSPECTORS, INC.** will perform a CLOSED WALL SURVEY that consists of a visual inspection of the wiring and installations only. Since access is limited, **ELECTRICAL INSPECTORS, INC.** shall bear no responsibility for any defects or violations at the premises.

9. ELECTRICAL INSPECTORS, INC. shall not be responsible to remove any walls in order to conduct an electrical inspection.

10. ELECTRICAL INSPECTORS, INC. will only release information, certificates and reports to the applicant after payment for services rendered have been paid in full.

11. ELECTRICAL INSPECTORS, INC. assumes no liability for the results of its inspections.

12. The agreement may not be changed orally.

13. **The New York Board of Fire Underwriters, Inc.**, is a subsidiary of Electrical Inspectors, Inc. It is fully operational and functional and performs electrical inspections as it always has.

14. **The New York Board of Fire Underwriters, Inc. and Electrical Inspectors, Inc.** inspects properties for compliance with the Building Code of the State of New York, counties and local electrical codes, as well as the promulgated NEC (National Electrical Code).