# Exhibit 11

# Town of Babylon



200 E. Sunrise Highway
Lindenhurst, New York 11757
(631) 957-3000

**RICH SCHAFFER**
**SUPERVISOR**

October 8, 2021

Nicole Vergara c/o Stephen Kretz, Esq.
692 S. Wellwood Ave.
Lindenhurst, NY 11757

VIA:    CERTIFIED MAIL

RE:    786 Grand Blvd., Deer Park, NY 11729
       SCTM# 0100-67-1-10.020
       Building Permit # 2021-0978

To Mr. Kretz/ Ms. Vergara:

The above referenced Building Permit (copy enclosed) is in jeopardy of being revoked. Please be advised that a hearing has been scheduled pursuant to Town Code Section 89-26 on **Tuesday, October 19, 2021 at 2:30PM in Town Attorney's Conference Room.**

The purpose of the hearing is to determine whether there was an unauthorized sale and/or advertising of prohibited merchandise during the term of the permit, or a false statement or misrepresentation as to a material fact in the application, plans or specifications on which the building permit was based, or any other finding pursuant to Chapter 213 or Chapter 89 of the Town Code.

Failure to appear and be heard at the hearing on **Tuesday, October 19, 2021** may result in the revocation or suspension of the above permit being based upon my independent determination. Thank you for your attention regarding this matter.

Sincerely,

Timothy Besemer
Chief Building Inspector

cc:    Rachel Scelfo, Commissioner, Planning and Development
       Joseph Wilson, Town Attorney

---

| Antonio A. Martinez | DuWayne Gregory | Anthony N. Manetta | Terrence F. McSweeney | Jennifer Montiglio | Geraldine Compitello |
|---|---|---|---|---|---|
| *Councilman* | *Councilman* | *Councilman* | *Councilman* | *Receiver of Taxes* | *Town Clerk* |
| *Deputy Supervisor* | | | | | |

An Equal Opportunity Affirmative Action Employer



**Town of Babylon – Building Division**
Department of Planning and Development
200 East Sunrise Highway, Lindenhurst, NY 11757

#2021-0978



## Building Permit

| | |
|---|---|
| Suffolk Co. Tax Map Number: 0100-67-1-10.020 | |
| Property Address: 786 Grand Boulevard, Deer Park NY 11729 | |
| Physical Location: s/s/o Grand Boulevard; 272.70' w/o Brandywine Drive | |

| Zoning District: Industry G | School District: 7 | Application #: 138586 |
|---|---|---|
| Estimated Cost of Construction: $ 120,000.00 | Permit Fee: $ 739.00 | |

Permission is hereby granted to: **786 Associates Inc./John Watral, President**
**45 S. 4th Street, Bay Shore NY 11706**

Permission is hereby granted for: **Erect 2,400 sq. ft. interior alteration for retail sales of clothing and lingerie.**

This permit is subject to the following conditions: **None.**

This permit is subject to compliance with any and all conditions and/or covenants and restrictions imposed by

| | # | Dated: |
|---|---|---|
| ☐ Zoning Board of Appeals: | # | Dated: |
| ☐ Planning Board: # | Resolution #: | Dated: |
| ☐ Town Board: # | Resolution #: | Dated: |
| ☐ Architectural Review Board | Resolution #: | Dated: |

### ADDITIONAL REQUIREMENTS

| | |
|---|---|
| ☒ Town of Babylon Plumbing Permit | ☐ No Clearing of Land |
| ☒ Final Survey | ☐ Tree Mark Out Prior to Land Clearing |
| ☒ Fire Underwriters Certificate | ☐ Street Trees Required |
| ☐ Energy Star | ☐ Roof Drains Connected to Dry Wells |
| ☐ Site Work | ☐ Construction Activity Agreement |
| ☐ One Call Center Notification – Ten Business Days Prior to any Excavation Work. 1-800-272-4480 | ☐ Elevation Certificate<br>☐ Other: |

<u>The stamped, approved building/construction plans shall be available on-site for all inspections.</u>

Date of Issuance: September 2, 2021          Expiration Date: March 2, 2022   sr

Building Inspector                                       Commissioner, Planning and Development

This building permit is issued pursuant to the application and plans approved by the Commissioner of Planning and Developments or his designees. The holder of this permit is requested to familiarize himself with the ordinance under which said permit is granted. Any violation of the provision of said ordinance shall render the offender liable for the penalties provided therefore and in addition thereto may result in the immediate revocation of this building permit. This permit must be kept on the premises until full completion of the work authorized. This permit is subject to the provisions of the Workman's Compensation and Disability Benefits Law. This permit is subject to any and all conditions imposed by the Federal Government.