# Exhibit 12



# Richard B. Rosenthal, Esq

18 October 2021

Timothy Besemer – Chief Building Inspector
200 E. Sunrise Highway
Lindenhurst, NY 11757
BY EMAIL: sredka@townofbabylon.com

Re: Your letter of October 8, 2021
    Regarding 786 Grand Blvd., Deer Park, NY 11729
    SCTM# 0100-67-1-10.020
    Building Permit # 2021-0978

Sir;

    Please be advised that I represent Nicole Vergara in the above referenced matter and all future correspondence should be directed to me at the address below.

    As I was just retained and do not yet have copies of the various documents necessary to successfully defend the allegations herein, I respectfully request that the hearing, scheduled for Tuesday October 19, 2021 at 2:30 p.m. be adjourned for a period of two (2) weeks in order that I can obtain the necessary documents and adequately prepare.

    If furtherance of the foregoing I respectfully request you provide the following information and particulars regarding the alleged violation(s).

1. I am aware of Section 89-26 of the Babylon Town Code that provides a mechanism to revoke a permit, however I cannot find the rules or regulations governing the conduct of such hearings. Please provide a citation to where the procedural rules for such hearings can be found.

2. Please advise me and provide me with a copy of the exact violations being alleged including the dates, times and places of any alleged unauthorized sale and/or advertising of prohibited merchandise, the exact merchandise alleged to have been sold or advertised, the exact manner in which the Town became aware of the alleged unauthorized sale or advertising, along with a copy of the complaint.

545 E. Jericho Turnpike
Huntington Station, New York 11746

(PH) 631-629-8111 or 718-261-0200
(FAX) 631-961-8789 or 718-793-2791

rbrosenthalesq@optonline.net
richard@thedoglawyer.com

3. Please advise me and provide me with a copy of the exact violations being alleged including the dates, times and places of any alleged false statement or misrepresentation as to a material fact in the permit application including what material fact Ms. Vergara was alleged to have made a false statement or misrepresentation regarding, please also include a full and complete copy of the permit application, any documentation as to the alleged false statement or misrepresentation, and the exact manner in which the Town became aware of the alleged false statement or misrepresentation, along with a copy of the complaint.

4. Please advise me and provide me with a copy of the exact violations being alleged including the dates, times and places of any other alleged violations of Chapter 213 or Chapter 89 of the Town Code that you intend to offer at such hearing including the exact manner in which the Town became aware of the alleged violation, along with a copy of the complaint

5. Please advise me who will be presiding over this hearing, whether there will be a record of the proceedings, who will be acting as prosecutor, what the quantum of proof required is and who bears the burden of proof and the burden of persuasion, and direct me to where I can the rules of evidence applicable to such hearings

Once I have received the foregoing, I would suggest that we schedule a conference including yourself and the Town Attorney in order that we might discuss the issues and possible consequences of proceeding in the manner you have chosen, prior to the hearing, and determine whether there is not a mutually acceptable manner to resolve the issues each side has without necessity of resorting to litigation.

Dated: Huntington Station, NY
18 October 2021

Richard Bruce Rosenthal, Esq.
*Attorney for Nicole Vergara*
545 E. Jericho Turnpike
Huntington Station, NY 11746
(631) 629-8111

cc: Joseph Wilson, Town Attorney