# Exhibit 13

# Town of Babylon

200 E. Sunrise Highway
Lindenhurst, New York 11757
(631) 957-3000
November 4, 2021



RICH SCHAFFER
SUPERVISOR

**Amended Notice**

SENT VIA EMAIL AND CERIFIED MAIL

Nicole Vergara c/o Richard Rosenthal, Esq.
545 E. Jericho Turnpike
Huntington Station, NY 11756
Richard@thedoglawyer.com

RE: 786 Grand Blvd., Deer Park, NY 11729
SCTM# 0100-67-1-10.020
Building Permit # 2021-0978

To Mr. Rosenthal/ Ms. Vergara:

The above referenced Building Permit (copy enclosed) is in jeopardy of being revoked. Please be advised that a hearing has been scheduled pursuant to Town Code Section 89-26 on **Wednesday, November 17, 2021 at 2:30PM in Planning Department Conference Room** located 200 E. Sunrise Highway, Lindenhurst, NY 11757.

The purpose of the hearing is to determine whether there was an unauthorized sale and/or advertising of prohibited merchandise during the term of the permit, or a false statement or misrepresentation as to a material fact in the application, plans or specifications on which the building permit was based, or any other finding pursuant to Chapter 213 or Chapter 89 of the Town Code.

Failure to appear and be heard at the hearing on **Wednesday, Novemebr 17, 2021** may result in the revocation or suspension of the above permit being based upon my independent determination. Thank you for your attention regarding this matter.

Sincerely,

Timothy Besemer
Chief Building Inspector

| Antonio A. Martinez | DuWayne Gregory | Anthony N. Manetta | Terrence F. McSweeney | Jennifer Montiglio | Geraldine Compitello |
|---|---|---|---|---|---|
| Councilman | Councilman | Councilman | Councilman | Receiver of Taxes | Town Clerk |
| Deputy Supervisor | | | | | |

*An Equal Opportunity / Affirmative Action Employer

cc: Rachel Scelfo, Commissioner, Planning and Development
Joseph Wilson, Town Attorney