# Exhibit 15

# Town of Babylon



200 E. Sunrise Highway
Lindenhurst, New York 11757
(631) 957-3000

**RICH SCHAFFER**
**SUPERVISOR**
November 4, 2021

**Amended Notice**

*SENT VIA EMAIL AND REGULAR MAIL*

Nicole Vergara c/o Richard Rosenthal, Esq.
545 E. Jericho Turnpike
Huntington Station, NY 11756
Richard@thedoglawyer.com

RE: 786 Grand Blvd., Deer Park, NY 11729
SCTM#0100-67-1-10.020
Building Permit #2021-0978

To Whom it May Concern:

The above referenced Building Permit (copy enclosed) is in jeopardy of being revoked. Please be advised that a hearing has been scheduled pursuant to Town Code Section 89-26 on November 17th at 2:30pm in the Planning Board Conference Room located at 200 E. Sunrise Highway, Lindenhurst, NY 11757.

The purpose of the hearing is to determine whether there was an unauthorized sale and/or advertising of prohibited merchandise during the term of the permit, or a false statement or misrepresentation as to a material fact in the application, plans or specifications on which the building permit was based, or any other finding pursuant to Chapter 213 or Chapter 89 of the Town Code. Specifically, on or about October 4, 2021 and continuing thereafter, the owner and/or person in charge of the abovementioned property did cause, permit or allow the advertising and/or sale of adult paraphernalia and/or adult entertainment as a substantial or significant portion of its business, merchandise and/or stock-in-trade without maintaining a valid building permit or certificate of occupancy issued by the Town for an adult use. Enclosed hereto are just a few photographs of the above-referenced advertisements and/or stock in trade.

Failure to appear and be heard at the hearing on November 17th may result in the revocation or suspension of the above permit being based upon my independent determination. Thank you for your attention regarding this matter.

Sincerely,

Timothy Besemer
Chief Building Inspector

Antonio A. Martinez
Councilman
Deputy Supervisor

DuWayne Gregory
Councilman

Anthony N. Manetta
Councilman

Terrence F. McSweeney
Councilman

Jennifer Montiglio
Receiver of Taxes

Geraldine Compitello
Town Clerk

An Equal Opportunity / Affirmative Action Employer

cc: Rachel Scelfo, Commissioner, Planning and Development
Joseph Wilson, Town Attorney
Richard Rosenthal, Esq.

TB/eah



16 likes
**cupidsdeerpark** Strap on & go 😊 have you check out our strap on collection? You'll be happy you did #strapit





16 likes

cupidsdeerpark Strap on & go  have you check out our strap on collection? You'll be happy you did. #strap...



**cupidsdeerpark**
Cupid's Boutique

♡ ○ ▽

12 likes

cupidsdeerpark We got a wall of toys 🧸 come down and see the best toys in town 😈 #longisland #goodies #adultsonlyplease

February 8



cupidsdeerpark






22 likes

cupidsdeerpark WAP in stock !!
#cardibvideos
#wap

View 1 comment



