# Exhibit 16



# Richard B. Rosenthal, Esq

9 November 2021

Timothy Besemer – Chief Building Inspector
BY EMAIL: sredka@townofbabylon.com

Re: Your letter of November 4, 2021
    Regarding 786 Grand Blvd., Deer Park, NY 11729
    SCTM# 0100-67-1-10.020
    Building Permit # 2021-0978

Sir;

Please be advised that I represent Nicole Vergara in the above referenced.

As, even with the screen shots of Cupid's prior internet account (undated and not particularly indicative of anything) I still do not yet have copies of the various documents twice previously necessary to successfully defend the allegations herein, as promised by Joseph Wilson, Babylon Town Attorney, I respectfully again request that the hearing, scheduled for November 17, 2021 at 2:30 p.m. be adjourned until a date 2 weeks after you have provided the promised necessary documents and charges in order that I might adequately prepare.

If furtherance of the foregoing I again respectfully request you provide the following information and particulars regarding the alleged violation(s), as was previously promised by Joseph Wilson, Babylon Town Attorney,.

1. Section 89-26 of the Babylon Town Code provides a mechanism to revoke a permit, however I cannot find the rules or regulations governing the conduct of such hearings. Please provide a citation where the procedural rules for such hearings can be found.

2. If you have brought a proceeding under Section 165 of the Babylon Town Code please provide information regarding the summons, the dates issued, copies of the supporting papers and copies of the judgment of conviction entered in each matter.

3. Please advise me and provide me with a copy of the exact violations being alleged including the dates, times and places of any alleged unauthorized sale and/or advertising of prohibited merchandise, the exact merchandise alleged to have been sold or advertised, to whom such sales were alleged to have been made, the exact manner in which the Town became aware of the alleged unauthorized sale or advertising, along with a copy of the complaint.

545 E. Jericho Turnpike
Huntington Station, New York 11746

(PH) 631-629-8111 or 718-261-0200
(FAX) 631-961-8789 or 718-793-2791

rbrosenthalesq@optonline.net
richard@thedoglawyer.com

4. Please advise me and provide me with a copy of the exact violations being alleged including the dates, times and places of any alleged false statement or misrepresentation as to a material fact in the permit application including what material fact Ms. Vergara was alleged to have made a false statement or misrepresentation regarding, please also include a full and complete copy of the permit application, any documentation as to the alleged false statement or misrepresentation. To whom and in what manner such alleged false statements were made and the exact manner in which the Town became aware of the alleged false statement or misrepresentation, along with a copy of the complaint.

5. Please advise me and provide me with a copy detailing the exact violations being alleged including the dates, times and places of any other alleged violations of Chapter 213 or Chapter 89 of the Town Code and the factual allegations supporting such an allegation that you intend to offer at such hearing including the exact manner in which the Town became aware of the alleged violation, along with a copy of the complaint

6. Please advise me who will be presiding over this hearing, whether there will be a record of the proceedings, who will be acting as prosecutor, what the quantum of proof required is and who bears the burden of proof and the burden of persuasion, and direct me to where I can the rules of evidence applicable to such hearings

If I do not receive a meaningful response to this letter, including the documentation requested herein by Friday, November 12, 2021 please take notice that I will be filing a Federal Lawsuit against the named recipients herein and the Town of Babylon under 42 USC 1983 in the Eastern District of New York seeking both injunctive and financial damages and attorney's fees pursuant to 42 USC 1988.

Dated: Huntington Station, NY
9 November 2021

Richard Bruce Rosenthal, Esq.
*Attorney for Nicole Vergara*
545 E. Jericho Turnpike
Huntington Station, NY 11746
(631) 629-8111

cc: Joseph Wilson, Town Attorney
   jwilson@townofbabylon.com
   Jerry Guarino, Deputy Town Attorney
   jcguarino@townofbabylon.com
   Elizabeth White, Deputy Commissioner
   Planning & Development Building Division
   lwhite@townofbabylon.com