Exhibit 18



# Richard B. Rosenthal, Esq

30 November 2021

Timothy Besemer – Chief Building Inspector
200 E. Sunrise Highway
Lindenhurst, NY 11757

Re: Your letters of October 8, 2021 and subsequent
    Regarding 786 Grand Blvd., Deer Park, NY 11729
    SCTM# 0100-67-1-10.020
    Building Permit # 2021-0978

Sir;

    Please be advised that I represent Nicole Vergara and Bella 77 Corp in the above referenced matter and all future correspondence should be directed to me at the address below.

    I am in receipt of all four of your letters dated October 8, 2021 November 4, 2021 (2 letters) & November 23, 2021. As you have failed and refused to provide me with:

1. a copy stating the exact violations being alleged including the dates, times and places of any alleged unauthorized sale and/or advertising of prohibited merchandise, the exact merchandise alleged to have been sold or advertised, the exact manner in which the Town became aware of the alleged unauthorized sale or advertising, along with a copy of the complaint regarding those violations, and

2. a copy of the exact violations being alleged including the dates, times and places of any alleged false statement or misrepresentation as to a material fact in the permit application including what material fact Ms. Vergara was alleged to have made a false statement or misrepresentation regarding, please also include a full and complete copy of the permit application, any documentation as to the alleged false statement or misrepresentation. and the exact manner in which the Town became aware of the alleged false statement or misrepresentation, along with a copy of the complaint regarding those violations, and

3. a copy of the exact violations being alleged including the dates, times and places of any other alleged violations of Chapter 213 or Chapter 89 of the Town Code that you intend to offer at such hearing including the exact manner in which the Town became aware of the alleged violation, along with a copy of the complaint regarding those violations

545 E. Jericho Turnpike
Huntington Station, New York 11746

(PH) 631-629-8111 or 718-261-0200
(FAX) 631-961-8789 or 718-793-2791

rbrosenthalesq@optonline.net
richard@thedoglawyer.com

I can only assume that you do not have any specific information and the hearing is pretextual and the true purpose of the "hearing" is to interrogate Ms. Vergera or Bella 77 Corp. in an attempt to elicit evidence with which to prosecute her.

According, please be advised the Ms. Vergera and Bella 77 Corp. both hereby invoke their rights under the 5th Amendment of the United States Constitution and refuse to testify at the proposed "hearing". Based upon their invocation of their Constitutional right not to testify, please advise me whether Ms. Vergera's presence is required at the scheduled "hearing", as I will be able to represent that for the record, or whether you insist she be present to formally invoke their rights.

Please further advise whether you will be producing any witnesses to testify as to the issues raised in your letters (I cannot call them charges as they provide no particulars upon which to assess their validity) on the Town's case in chief against Ms. Vergera or Bella 77 Corp. If you do intend to produce witnesses I hereby request that you advise me of the identity of any such witness and what they will be testifying to, along with providing me with any complaints, writings or prior statements they have made regarding anything you intend to offer their testimony regarding, in order that I might adequately prepare for the "hearing".

If you do not intend to offer testimony from anyone else, and, based upon Ms. Vergera and Bella 77 Corp. invoking their constitutional right not to testify, is there a purpose for any appearance on December 14, 2021? That is, without any evidence[1] offered by the Town, there is nothing to defend, and their refusal to testify cannot be used as the basis for any negative inference against them.

Finally, if you do intend to proceed with the "hearing" on December 14, 2021, I am again requesting that you please provide a citation where the procedural rules for hearings held pursuant to Section 89-26 of the Babylon Town Code can be found, and advise me who will be presiding over this hearing, whether there will be a record of the proceedings, who will be acting as prosecutor, what the quantum of proof required is and who bears the burden of proof and the burden of persuasion, and direct me to where I can the rules of evidence applicable to such hearings.

Dated: Huntington Station, NY
30 November 2021

Richard Bruce Rosenthal, Esq.
*Attorney for Nicole Vergara*

---

[1] As previously noted, even with the artfully cropped screen shots of Cupid's prior internet account (undated and not particularly indicative of anything, as they were all posted prior to the closing of Ms. Vergera's prior store) I still do not yet have copies any of the various documents thrice previously requested as necessary to successfully defend the allegations herein, as I was promised by Joseph Wilson, Babylon Town Attorney

cc: Joseph Wilson, Town Attorney
       jwilson@townofbabylon.com
   Jerry Guarino, Deputy Town Attorney
       jcguarino@townofbabylon.com
   Rachel Scelfo, Commissioner
       Planning & Development Building Division
       rscelfo@townofbabylon.com
   Elizabeth White, Deputy Commissioner
       Planning & Development Building Division
       lwhite@townofbabylon.com