# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Vergara et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:21-cv-06667 |
| Town of Babylon, NY, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                                                                  .

Date:  12/01/2021

/s/ Remy Green
*Attorney's signature*

Remy Green, 5505300
*Printed name and bar number*

COHEN&GREEN P.L.L.C.
1639 Centre St., Suite 216
Ridgewood, NY 11385
*Address*

remy@femmelaw.com
*E-mail address*

(929) 888-9480
*Telephone number*

(929) 888-9457
*FAX number*