UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NICOLE VERGARA, BELLA 77 CORP.,
                Plaintiffs,

          -against-                      **ORDER**
                                          CV 21-6667 (KAM) (ARL)

TOWN OF BABYLON, NY, TIMOTHY BESEMER,
ELIZABETH WHITE, RACHEL SCELFO, JOSEPH
GUARINO, JOHN AND JANE DOES 1-10,
                Defendant.
-------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Completion and filing of the attached form is the first step in the scheduling process and is mandatory.  This Rule 26(f) Report shall be submitted to the Court January 22, 2022

Dated: Central Islip, New York          SO ORDERED:
       December 22, 2021

                                                                              s/
                                             ARLENE ROSARIO LINDSAY
                                             United States Magistrate Judge