UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NICOLE VERGARA, BELLA 77 CORP.,

                      Plaintiffs,

       -against-

TOWN OF BABYLON, NY TIMOTHY BESEMER, ELIZABETH WHITE, RACHEL SCELFO, JERRY GUARINO, JOHN AND JANE DOES 1-10,

                      Defendants.
-----------------------------------------------------------------X

**Rule 26(f) Report**
CV 21-6667 (KAM)(ARL)

       Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on January 19, 2022 and was attended by:

       J. Remy Green, Esq., counsel for plaintiff(s)

       William D. Wexler, Esq., counsel for defendant(s).

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1.   INITIAL DISCLOSURES
      Have the parties agreed to make initial disclosures?
      __X__ Yes     ____ No     _____ The proceeding is exempt under Rule 26(a)(1)(B).

      If yes, such initial disclosures shall be made by __February 18, 2022__.

2.   VENUE AND JURISDICTION
      Are there any contested issues related to venue or jurisdiction?
      _____ Yes     __X__ No

      If yes, describe the issue:

      If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by _____.

3.   PARTIES AND PLEADINGS
      a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by __March 14, 2022__.

b. If the case is a class action, the parties agree that the motion for class certification shall be filed by  Not applicable.  .

4. MOTIONS
   Are there any pending motion(s)? ____Yes   __X__No

   If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

5. ISSUES
   Jointly provide a brief description of case, including causes of action set forth in thecomplaint, and indicate whether there is a jury demand: The instant 1983 Action arises out of the Defendant Town of Babylon's attempts to prevent Plaintiffs' from opening and operating a legal business within the Town through the unconstitution misuse of a secondary effects zoning ordinance to regulate conduct not included by the wording of the ordinance. The Plaintiffs' claims, broadly speaking, fall into two (2) distinct categories: 1. those claims seeking compensation for past violations of the Plaintiffs' civil rights; 2. those claims challenging and seeking declaratory judgment & injunctive relief regarding the constitutionality of Section 213 & *

6. DISCOVERY PROCEDURES
   a. The parties agree that all fact discovery shall be completed by January 13, 2023. The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If, after having met and conferred, the parties are unable to reach an agreement on any matter related to discovery, they may seek the Court's assistance by letter motion pursuant to Local Rule 37.3 and in accordance with Judge Lindsay's Individual Rules.

   b. Do the parties anticipate the production of ESI? __X__Yes____No[1]
      If yes, describe the protocol for such production:

   c. Do the parties intend to seek a confidentiality order or claw back agreement?[2]
      If yes, such order or agreement shall be filed with the Court by Not applicable.

7. DISPOSITIVE MOTIONS
   Any party planning on making a dispositive motion must take the first step in the motion process by  within ninety (90) days of close of discovery.

8. EXPERT TESTIMONY
   a. Primary expert reports must be produced by within ninety (90) days of close of discovery.
   b. Rebuttal expert reports must be produced by within sixty (60) days after receipt of primary expert reports.
   c. All expert discovery shall be completed by thirty (30) days after receipt of rebuttal expert reports.

---

[1] See attachment A.
[2] See attachment B.

2

* Section 89 of the Babylon Town Code as unconstitutionally vague, both facially and as applied and as overbroad, and, as to Section 213 as violative of the 1st Amendment and the equal protection clause of the 14th Amendment. Plaintiffs demand a jury.

9. **SETTLEMENT**
Plaintiff(s) will a make a settlement demand by **after the completion** of discovery.

Defendant(s) will respond by **fifteen (15) days** thereafter.

The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year.

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

10. **RULE 16 PRETRIAL CONFERENCE**
Upon receipt of this Form the court will schedule a Rule 16 conference by telephone.

11. **CONSENT TO MAGISTRATE JUDGE**
Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)

____ Yes    _X_ No

12. **OTHER MATTERS**
Indicate any other matters for the Court's consideration:

Dated:    January 19, 2022

COHEN & GREEN, P.L.L.C.
By: J. Remy Green, Esq.
Attorneys for Plaintiffs
1639 Centre Street, Suite 216
Ridgewood, NY 11385
(929) 888-9480

WILLIAM D. WEXLER, ESQ.
Attorney for Defendants
816 Deer Park Avenue
North Babylon, NY 11703
(631) 422-2900

3