# Exhibit 8



Town of Babylon – Building Division
Department of Planning and Development
200 East Sunrise Highway, Lindenhurst, NY 11757

#2021-0978



## Building Permit

| | |
|---|---|
| Suffolk Co. Tax Map Number: 0100-67-1-10.020 | |
| Property Address: 786 Grand Boulevard, Deer Park NY 11729 | |
| Physical Location: s/s/o Grand Boulevard; 272.70' w/o Brandywine Drive | |
| Zoning District: Industry G | School District: 7 | Application #: 138586 |
| Estimated Cost of Construction: $ 120,000.00 | Permit Fee: $ 739.00 |

Permission is hereby granted to: 786 Associates Inc./John Watral, President
45 S. 4th Street, Bay Shore NY 11706

Permission is hereby granted for: Erect 2,400 sq. ft. interior alteration for retail sales of clothing and lingerie.

This permit is subject to the following conditions: None.

This permit is subject to compliance with any and all conditions and/or covenants and restrictions imposed by

| | | |
|---|---|---|
| ☐ Zoning Board of Appeals: | # | Dated: |
| ☐ Planning Board: # | Resolution #: | Dated: |
| ☐ Town Board: # | Resolution #: | Dated: |
| ☐ Architectural Review Board | Resolution #: | Dated: |

### ADDITIONAL REQUIREMENTS

| | |
|---|---|
| ☒ Town of Babylon Plumbing Permit | ☐ No Clearing of Land |
| ☒ Final Survey | ☐ Tree Mark Out Prior to Land Clearing |
| ☒ Fire Underwriters Certificate | ☐ Street Trees Required |
| ☐ Energy Star | ☐ Roof Drains Connected to Dry Wells |
| ☐ Site Work | ☐ Construction Activity Agreement |
| ☐ One Call Center Notification – Ten Business Days Prior to any Excavation Work. 1-800-272-4480 | ☐ Elevation Certificate |
| | ☐ Other: |

**The stamped, approved building/construction plans shall be available on-site for all inspections.**

Date of Issuance: September 2, 2021

Expiration Date: March 2, 2022   sr

Building Inspector

Commissioner, Planning and Development

This building permit is issued pursuant to the application and plans approved by the Commissioner of Planning and Developments or his designee. The holder of this permit is requested to familiarize himself with the ordinance under which said permit is granted. Any violation of the provision of said ordinance shall render the offender liable for the penalties provided therefore and in addition thereto may result in the immediate revocation of this building permit. This permit must be kept on the premises until full completion of the work authorized. This permit is subject to the provisions of the Workman's Compensation and Disability Benefits Law. This permit is subject to any and all conditions imposed by the Federal Government.