**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | April 26, 2022 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-21-6667 (KAM) |
| **NAME OF CASE(S):** | **VERGARA ET. AL. V. TOWN OF BABYLON, NY ET. AL.** |
| **FOR PLAINTIFF(S):** | Green |
| **FOR DEFENDANT(S):** | Wexler |
| **NEXT CONFERENCE(S):** | **MAY 26, 2022 AT 10:00 A.M. BY PHONE** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM INITIAL CONFERENCE:**

Plaintiff intends to file a motion for partial summary judgment that could significantly reduce the scope of necessary discovery in this matter. Accordingly, the Court will adjourn the initial conference to May 26, 2022 at 10:00 a.m. so that the parties have an opportunity to file pre-motion conference letters and discuss the most efficient way to move forward with some discovery while the motion is pending.

**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**