

May 24, 2022

Hon. Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

    Re:    Case No. 21-cv-06667, <u>Vergara v. Town of Babylon</u>

Dear Judge Tiscione:

    My firm, with co-counsel represents the Plaintiffs in the case named above.  We write, joined by Defendants, to ask that the Court briefly adjourn the continuation of the case management conference previously adjourned to May 26, 2022 at 10:00 a.m. (*see* Dkt. No. 25) — given the schedule relating to Plaintiffs' partial summary judgment motion.

    Plaintiffs filed their pre-motion letter on May 16.  Dkt. Nos. 26-27.  Under Judge Matsumoto's Chambers Practices, Defendants' response is currently due 15 business days from the 16th, on on Tuesday, June 7, 2022.  *See* Chambers Practices of Judge Kiyo A. Matsumoto III(B)(3) (2020).  Plaintiffs' reply will then be due 10 business days later, on June 22, 2022.  Thus, an adjournment until the last week of June will allow the most efficiency in planning discovery.

    The parties have also conferred and intend to see if there is any discovery they can agree to conduct on their own — making that adjournment serve judicial efficiency.

    Thus, we ask the Court to set a continuation date at some point after June 22, 2022, as is convenient for the Court.  We thank the Court for its time and attention.

    Respectfully submitted,

    /s/
    _____

J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.