**WILLIAM D. WEXLER**
**ATTORNEY AT LAW**
**816 DEER PARK AVENUE**
**NORTH BABYLON, NEW YORK 11703**
(631) 422-2900

**Via ECF**

May 31, 2022

Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

> Re:     *Vergara, et al. v. Town of Babylon, et al.*
>            *21-CV-06667-KAM-ST*

Dear Judge Matsumoto:

   I write in response to the letter of Richard B. Rosenthal, Esq., attorney for plaintiffs in the above matter, dated May 25, 2022 [ECF 29].  Please be advised that defendants do not object to the instant request.

Respectfully submitted,

s/

William D. Wexler

WDW/cm

cc:    Richard B. Rosenthal. Esq.
        J. Remy Green, Esq.
        Michael Huth, Esq.
        Juanita Bright, Esq.