**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | October 19, 2022 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-21-6667 (KAM) |
| NAME OF CASE(S): | Vergara et al. v. Town of Babylon NY et al. |
| FOR PLAINTIFF(S): | Green |
| FOR DEFENDANT(S): | Wexler |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | N/A |

RULINGS FROM Telephone Conference:

Discovery has been delayed due to medical issues for one of the attorneys. Parties shall confer and submit a revised schedule for all remaining discovery by November 19, 2022.