## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Amended Answer to First Amended Complaint was served this 4th day of January, 2023 via the Court's electronic filing system upon the following counsel:

RICHARD BRUCE ROSENTHAL
Attorneys for Plaintiffs
545 E. Jericho Turnpike
Huntington Station, NY 11746

J. REMY GREEN
Cohen & Green P.L.L.C.
Attorneys for Plaintiffs
1639 Centre Street, Suite 216
Ridgewood, NY 11385

MICHAEL HUTH, ESQ.
Attorney for Plaintiffs
PO Box 17
Bolivar, OH 44612

JUANITA BRIGHT, ESQ.
Attorney for Plaintiffs
545 E. Jericho Turnpike
Huntington Station, NY 11746

/s/ *Christine Monteforte*
_____
CHRISTINE MONTEFORTE