

April 15, 2023

Hon. Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

**Re: Case No. 21-cv-06667, Vergara v. Town of Babylon**

Dear Judge Tiscione:

My firm, with co-counsel represents the Plaintiffs in the case named above. We write, with Defendants' consent, to ask for a 120-day extension of discovery.

Discovery was previously extended for personal reasons (*see* Dkt. Nos. 35 and 37; Nov. 21, 2021 Minute Order), and the parties have moved the ball forward substantially since then. We have exchanged extensive paper discovery. The parties are now in the process of scheduling depositions. We anticipate being able to schedule Plaintiffs' deposition(s) shortly. However, for Defendants' depositions, because Defendants have produced their discovery in paper form, reviewing it and processing it has taken more time – and relatedly, we are still drafting 30(b)(6) notices informed by that discovery. Additionally, among other obligations, I am working as one of the lead attorneys on the consolidated, rocket docket before Judges McMahon and Gorenstein in *In re New York City Policing During Summer 2020 Protests*, 20-cv-8924, and we are currently at a 5-deposition-a-week pace, that is likely to increase because of the end date of discovery there.[1]

We therefore ask — and Defendants have consented — that the Court grant an extension of 120 days from the current fact deadline of April 17, 2023, and adjust all deadlines in the case management plan in the Nov. 21, 2022 Minute Order accordingly. That would make the new deadline Tuesday, August 15, 2023.

As ever, thank the Court for its time and consideration.

Respectfully submitted,

/s/

J. Remy Green
*Honorific/Pronouns: Mx., they/their/them*

[1] While I am not personally attending every deposition, there are also extremely time-consuming issues on document discovery there — and the rocket docket nature of the case means that those issues are always urgent (and the Court has directed that issues must be raised immediately).

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com

**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.

COHEN&GREEN

Page 2 of 2

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t : (929) 888.9480 · f : (929) 888.9457 · FemmeLaw.com