

December 8, 2023

Hon. Nusrat J. Choudhury, U.S.D.J.
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

By Electronic Filing.

  Re: Case No. 21-cv-06667, <u>Vergara v. Town of Babylon</u>

Dear Judge Choudhury:

  My firm has, to date, been co-counsel for the Plaintiffs in the case named above. I write moving to withdraw as counsel.

  The reason for withdrawal is that there has been a breakdown in communication. If the Court would like a detailed explanation, I respectfully request the Court allow me to submit that explanation under seal and *ex parte*. Plaintiffs will still be represented by all other counsel on the docket.

  As ever, I thank the Court for its time and attention.

                Respectfully submitted,

                /s/
                ―――――――――――――
                J. Remy Green
                 *Honorific/Pronouns: Mx., they/their/them*
                **COHEN&GREEN P.L.L.C.**
                *Attorneys for Plaintiffs*
                1639 Centre St., Suite 216
                Ridgewood, New York 11385

cc:
All relevant parties by ECF.