**WILLIAM D. WEXLER**
**ATTORNEY AT LAW**
**816 DEER PARK AVENUE**
**NORTH BABYLON, NEW YORK 11703**
(631) 422-2900

<u>Via ECF</u>

May 20, 2024

Hon. Steven Tiscione
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11772

    Re:    *Vergara, et al. v. Town of Babylon, et al.*
           21-CV-06667-ST

Dear Magistrate Judge Tiscione:

    In compliance with this Court's Order of April 18, 2024, please allow this correspondence to serve as a joint status letter. On May 6, 2024, defendants served an Offer of Judgment Pursuant Rule 68. There have been no further settlement discussions.

                                                       Respectfully submitted,

                                                          s/

                                                      William D. Wexler

WDW/cm

cc:    Richard B. Rosenthal. Esq.