**WILLIAM D. WEXLER**
**ATTORNEY AT LAW**
**816 DEER PARK AVENUE**
**NORTH BABYLON, NEW YORK 11703**
**(631) 422-2900**

**Via ECF**

September 16, 2024

Hon. Steven Tiscione
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

     *Re:*   *Vergara, et al. v. Town of Babylon, et al.*
            *21-CV-06667-ST*

Dear Magistrate Judge Tiscione:

    Please be advised that I am the attorney for the defendants in the above matter. In that regard, I write to respectfully request that the telephone conference scheduled for September 20, 2024 at 12:00 p.m. be adjourned as I have an appearance scheduled before Judge Seybert at the same time. Additionally, due to a personal matter, I am not available for the rest of the afternoon as well.

    As such, upon consent of plaintiffs' attorney, I request that matter be adjourned to October 1, 2024 at 2:00 p.m. or to a date convenient to this Court.

    I thank the Court for its consideration.

                                                Respectfully submitted,

                                                s/

                                                William D. Wexler

cc:    Richard B. Rosenthal, Esq.