# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | March 24, 2025 |
| TIME: | 2:00 P.M. |
| DOCKET NUMBER(S): | CV-21-6667 (ST) |
| NAME OF CASE(S): | Vergara et. al. v. Town of Babylon, NY et. al. |
| FOR PLAINTIFF(S): | Did not Appear |
| FOR DEFENDANT(S): | Wexler |
| NEXT CONFERENCE(S): | Pre-Motion Conference - April 16, 2025 at 10:30 a.m. |
| FTR/COURT REPORTER: | Not Recorded |
| RULINGS FROM Pre-Motion Conference : | |

Plaintiff's counsel failed to appear due to an apparent health issue. Accordingly, the pre-motion conference is adjourned to April 16, 2025 at 10:30 a.m. Counsel for all parties must participate and shall connect to the conference through dial-in number 571-353-2301 with ID# 179933855.