# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | Apri 16, 2025 |
| TIME: | 10:30 A.M. |
| DOCKET NUMBER(S): | CV-21-6667 (ST) |
| NAME OF CASE(S): | Vergara et. al. v. Town of Babylon, NY et. al. |
| FOR PLAINTIFF(S): | Rosenthal |
| FOR DEFENDANT(S): | Wexler |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Cisco (10:30 - 10:46) |

RULINGS FROM Pre-Motion Conference:

The Court sets the following schedule for the cross motions for summary judgment: Parties shall serve, but not file, the initial motion on the other side by May 30, 2025; responses shall be served by July 11, 2025; replies shall be served by July 25, 2025 and the fully-briefed motion shall be filed with the Court. Parties should not file any of the motion papers on ECF until the motion is fully-briefed.