

# Richard B. Rosenthal, Esq

**Via ECF**

6 August 2025

Hon. Steven Tiscione
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Vergara, et al. v. Town of Babylon, et al.
    21-CV-06667-ST

Dear Magistrate Judge Tiscione:

    Please be advised that I am the attorney for the plaintiffs in the above matter. Dut to a bad drug interaction I suffered a recurrence of long covid symptoms which kept me out of my office until this week. Additionally, I am scheduled for a cardiac procedure on August 15, 2025 that is expected to keep me out of the office for about a week.

    I therefore write to respectfully request that the plaintiffs' time to oppose defendants' motion for summary judgment, which was extended to last Friday 8.1.2025, be extended one final time until September 4, 2025, nunc pro tunc, to allow me to deal with these health issues, and the defendants' time to reply is similarly extended.

    I have previously spoken with Mr. Wexler, the attorney for the defendants and he has stated that he would consent to such an extension, provided his time to reply was similarly extended.

    I thank the Court for its consideration.

                             Respectfully submitted,

                             /s/ *Richard Bruce Rosenthal*
                             Richard Bruce Rosenthal, Esq.